# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Constance L. Hartel,             Civil No. 17cv00692 PAM/KMM

       Plaintiff,

v.                        **ORDER OF DISMISSAL**

Hartford Life and Accident
Insurance Company,

       Defendant.

_____

The court having been advised that the above case has been settled,

**IT IS HEREBY ORDERED** that this action is dismissed, without prejudice, the Court reserving jurisdiction for sixty (60) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment.

Dated:   November 1, 2017

                                         *s/ Paul A. Magnuson*
                                         PAUL A. MAGNUSON
                                         United States District Judge